# EXHIBIT 2

Case Number: PC-2019-11342
Filed in Providence/Bristol County Superior Court
Submitted: 11/25/2019 11:42 AM
Envelope: 2357478
Reviewer: Bob Q



Invesco

Invesco Distributors, Inc.
225 Liberty Street
New York, NY 10281

*Via overnight courier*

October 31, 2019

Ksenia Yudina
Chief Executive Officer
U-Nest Holdings LLC
2920 West Olive Avenue
Burbank, CA 91505

Re: Notice of Termination – Agreement for Recommending 529 Plan Securities

Ms. Yudina:

This letter serves as a notice of termination of the Agreement for Recommending 529 Plan Securities dated May 7, 2018 by and between U-Nest Holdings LLC and Invesco Distributors, Inc. (the "Agreement"). U-Nest Holdings LLC used the Invesco name in its marketing materials, including its website and digital application description, without the advance written consent of Invesco Distributors, Inc. as required under Section 4 of the Agreement. In accordance with Sections 6(b) and 9 of the Agreement, termination is effective November 30, 2019.

Sincerely,

Ronald Murphy
Senior Director College Savings
Invesco Distributors, Inc.