# EXHIBIT 4

NOT FDIC INSURED | NO BANK, STATE OR FEDERAL GUARANTEE | MAY LOSE VALUE

Program manager | Ascensus Broker Dealer Services, LLC
Investment manager | J.P. Morgan Investment Management Inc.

August 2018

# New York's 529 Advisor-Guided College Savings Program

Advisor-Guided Plan Disclosure Booklet
and Tuition Savings Agreement

INHERIT THE THINKING OF J.P. MORGAN


New York's 529 Advisor-Guided College Savings Program


ascensus® — Always have a plan


J.P.Morgan Asset Management

## NOTICES

### Please Retain This Disclosure Booklet

This Disclosure Booklet, including the Tuition Savings Agreement and any other appendices, as well as any supplements sent to you, contains important information about New York's 529 Advisor-Guided College Savings Program (*Advisor-Guided Plan*), which was created under the Program. The information in this Disclosure Booklet includes information concerning certain risks associated with, and the terms under which you agree to participate in, the *Advisor-Guided Plan*. You should read this Disclosure Booklet thoroughly in its entirety and retain it for your future reference. The information contained in this Disclosure Booklet is authorized by the Office of the Comptroller of the State of New York (the *Comptroller*) and the New York State Higher Education Services Corporation (*HESC*, together with the Comptroller, the *Program Administrators*). You should not rely on information other than what is contained in this Disclosure Booklet as having been authorized by the Program Administrators.

The Program currently includes two separate 529 plans, the *Advisor-Guided Plan* and the *Direct Plan*. The *Advisor-Guided Plan* is described in this Disclosure Booklet, is sold exclusively through financial advisory firms that have entered into selling agreements with JPMDS and offers investment options that are not available under the *Direct Plan*. However, the fees and expenses of the *Direct Plan*, which is sold directly by the Program and is not described in this Disclosure Booklet, are lower and do not include compensation to financial advisory firms. Be sure that you understand the options available to you before making an investment decision.

529 Plans are intended to be used only to save for certain education-related expenses. These programs are not intended to be used, nor should they be used, by any taxpayer for the purpose of evading federal or state taxes or tax penalties.

You should periodically assess, and if appropriate, adjust your investment choices with your time horizon, risk tolerance and investment objectives in mind. You may wish to seek tax advice from an independent tax advisor based on your own particular circumstances.

### This Disclosure Booklet Supersedes Any Prior Disclosure Booklets or Program Brochures

This Disclosure Booklet is effective as of the date set forth on the cover and supersedes all previously distributed Program Brochures or Disclosure Booklets for the *Advisor-Guided Plan* and any supplements thereto. You should not rely upon any previously distributed Program Brochure or supplement dated prior to the date of this Disclosure Booklet. Information contained in this Disclosure Booklet is believed by the Program Administrators to be accurate as of its date, but is not guaranteed by the Program Administrators and is subject to change without notice.

### Investments Are Not Guaranteed or Insured

None of the United States, the State of New York, the Comptroller, HESC, any agency or instrumentality of the federal government or of the State of New York, any fund established by the State of New York or through operation of New York law for the benefit of insurance contracts or policies generally, Ascensus or any of its affiliates, JPMorgan or any of their affiliates, State Street Bank and Trust Company *(SSBT)*, SSGA Funds Management, Inc. (*SSGA FM*), State Street Global Advisors, a division of SSBT, and any of their affiliates, any agent, representative or subcontractor retained in connection with the Program, or any other person, makes any guarantee of, insures or has any legal or moral obligation to insure, either the ultimate payout of all or any portion of the amount contributed to an Account or any investment return, or an investment return at any particular level, on an Account. You should periodically assess and, if appropriate, adjust your investment choices with your time horizon, risk tolerance and investment objectives in mind. Investing is an important decision. Please read this Disclosure Booklet in its entirety before making an investment decision.

The value of your account will depend on market conditions and the performance of the investment options you select. Investments in the *Advisor-Guided Plan* can go up or down in value and you could lose money by investing in the *Advisor-Guided Plan*.

### Non-New York Taxpayers

If you are not a New York taxpayer, consider before investing whether your or your beneficiary's home state offers a 529 Plan that provides its taxpayers with favorable state tax or other state benefits such as financial aid, scholarship funds, and protection from creditors that may only be available through investment in the home state's 529 Plan, and which are not available through investment in the *Advisor-Guided Plan*. Since different states have different tax provisions, this Disclosure Booklet contains limited information about the state tax consequences of investing in the *Advisor-Guided Plan*. Therefore, please consult your financial, tax, or other advisor to learn more about how state-based benefits (or any limitations) would apply to your specific circumstances. You also may wish to contact your home state's 529 Plan(s), or any other 529 Plan, to learn more about those plans' features, benefits and limitations. Keep in mind that state-based benefits should be one of many appropriately weighted factors to be considered when making an investment decision.

## Table of Contents

**Summary—Pages 1–2**

**Section 1. Your Account—Pages 3–11**

Opening Your Account—Page 3
Contributing to Your Account—Page 3
Maintaining Your Account—Page 7
Using Your Account—Page 9

**Section 2. Your Investment Options—Pages 12–22**

Summary of Investment Options—Page 12
How Contributions are Invested—Page 12
Age-Based and Asset Allocation Portfolios Investment Options—Page 13
Strategic Allocations of Age-Based and Asset Allocation Portfolios—Page 16
Individual Portfolio Investment Option—Page 17
Changes in the Portfolios, Underlying Funds, and Asset Allocations—Page 21
Pricing of Portfolio Units and Trade Date Policies—Page 21
Additional Information About the Underlying Funds and the Portfolios—Page 22

**Section 3. Certain Risks of Investing in the *Advisor-Guided Plan*—Pages 23–25**

**Section 4. Your Investment Costs—Pages 26–44**

Annual Account Maintenance Fee—Page 26
Total Annual Asset-Based Fee—Page 26
Choosing Unit Classes—Page 26
Transaction Fees—Page 26
Expense Tables—Page 29
Hypothetical Expense Examples—Page 37
Sales Charges—Page 41

**Section 5. Important Tax Information—Pages 45–48**

Federal Tax Information—Page 45
New York State Tax Information—Page 47

**Section 6. Legal and Administrative Information—Pages 49–51**

The Trust—Page 49
The Program Administrators—Page 49
The Program Manager—Page 49
*Advisor-Guided Plan* Investment Manager—Page 49
SSGA Funds Management, Inc.—Page 49
Additional Information—Page 49

**Section 7. Glossary—Pages 52–55**

**Appendix A: Underlying Funds—Pages 56–84**

Description of Investment Options and their Underlying Funds—Page 56
Underlying Funds—Page 57
Underlying Fund Risks—Page 75

**Appendix B: Historical Investment Performance—Pages 85–92**

**Tuition Savings Agreement—Pages 93–94**

## Summary

This Section highlights certain key features of the *Advisor-Guided Plan*. Capitalized terms used in this Summary without definitions are defined in the **Section 7 Glossary. Please read and understand the complete Disclosure Booklet and the Tuition Savings Agreement before you invest.**

### Program Overview

Offered by New York State, the *Advisor-Guided Plan* lets you save for education expenses by investing in a manner that is tax-advantaged in certain instances. Through your Account, you select and then contribute to one or more of the 31 Investment Options included in the *Advisor-Guided Plan*. Any investment earnings will grow tax-deferred and your withdrawals from the Account are federally and New York State tax free, provided that the money is used for Qualified Higher Education Expenses.

This Disclosure Booklet contains important information that can help you decide whether to open an Account in the *Advisor-Guided Plan*. You'll learn about topics that include:

- **Getting Started.** You'll find information about establishing an Account, naming a Beneficiary and who is eligible to own and contribute to the Account. See **Section 1. Your Account.**
- **Your Investment Choices.** Detailed profiles of the *Advisor-Guided Plan*'s Portfolios are included to help you make informed choices for your Beneficiary's future. Among your choices are nine Age-Based Portfolios that automatically adjust to more conservative investments as your Beneficiary gets closer to college age, six Asset Allocation Portfolios that adjust only at your instruction and sixteen Individual Portfolios that allow you to build or customize your own asset allocation model. Keep in mind that the Portfolios offer growth potential, but there's also risk, and you could lose money. See **Section 2. Your Investment Options** and **Section 3. Certain Risks of Investing in the *Advisor-Guided Plan*.**
- **Fees.** A discussion of the *Advisor-Guided Plan*'s fee structure can help you understand what your expected cost will be. See **Section 4. Your Investment Costs.**
- **Federal and State Tax Advantages.** 529 Plans, named for the section of the Code that authorized them, offer federal tax and state tax benefits, including tax-free withdrawals if the money is used for Qualified Higher Education Expenses and federal tax benefits if the money is used for K-12 Tuition Expenses. If you don't use the money on qualified expenses, the earnings will be subject to federal and applicable state and local income taxes as well as a Federal Penalty. See **Section 5. Important Tax Information** and **Section 1. Your Account.**

### Contact Information

Mail: New York's 529 Advisor-Guided College Savings Program
P.O. Box 55498
Boston, MA 02205-5498
Website: www.ny529advisor.com
E-Mail: ny.529advisor@jpmorgan.com
Toll-free phone: 1-800-774-2108, Monday through Friday, 8:00 a.m. to 7:00 p.m. EST

### Account Ownership

- Open to U.S. citizens and resident aliens with a valid Social Security number.
- Individuals and certain legal entities can open an Account, but each must have a valid Social Security or tax identification number.
- There can be only one Account Owner and one Beneficiary for each Account. An Account Owner can be the Beneficiary of the Account.

For more complete information, please see:

Your Account . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  Pages 3-11

### Beneficiary

- Can be any age, must have a valid Social Security number, and does not need to be related to the Account Owner.
- Can be changed to a Member of the Family of the existing Beneficiary without income tax consequences.

For more complete information, please see:

Your Account . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  Pages 3-11
Important Tax Information . . . . . . . . . . . . . . . . . . . .  Pages 45-48

### Investment Options

- The *Advisor-Guided Plan* offers the following investment options:
  - Age-Based Investment Option
  - Asset Allocation Investment Option
  - Individual Portfolio Investment Option
- Underlying Funds are managed by JPMIM or SSGA FM.
- Account Owners can change how previous contributions (and any earnings thereon) are allocated among the available investment options for an Account twice per calendar year or upon a change of the Beneficiary.
- Account Owners may hold more than one Portfolio within an Account. Certain exceptions may apply.
- Class A, Class C and Advisor Class Units are currently available in the *Advisor-Guided Plan*. Each class has a different fee structure. Advisor Class Units have specific eligibility requirements.

For more complete information, please see:

Your Investment Options . . . . . . . . . . . . . . . . . . . .  Pages 12-22
Important Tax Information . . . . . . . . . . . . . . . . . . . .  Pages 45-48

### Fees and Expenses

- The range of total asset-based fees (including Underlying Fund expenses and Program Management Fees) for each class is as follows:

| Class A Units | 0.58% to 1.30% |
|---|---|
| Class B Units | 1.45% to 2.05% |
| Class C Units | 1.33% to 2.05% |
| Advisor Class Units | 0.33% to 1.05% |

- Other fees and charges may apply.

For more complete information, please see:

Your Investment Costs . . . . . . . . . . . . . . . . . . . . . . . Pages 26-44

### Contributing to an Account

- Minimum Initial Contribution: $1,000 per Account for each class except for certain eligible participants purchasing Advisor Class Units; provided, that, JPMorgan and Ascensus employees are subject to a $1,000 minimum initial investment for direct purchases into the Advisor Class. Exceptions to the minimum contribution apply with respect to contributions made by Recurring Contributions, through payroll direct deposit and contributions made in connection with the Automated Dollar Cost Averaging Program (see below).
- Minimum Subsequent Contribution: $25 per Account.
- Contributions to an Account can be made by persons other than the Account Owner, but the Account Owner retains ownership and control of all Account assets. Contributions made by a non-Account Owner are not tax deductible by the Account Owner.

- Contributions can be made by checks and bank transfers drawn on a U.S. bank or periodically through Recurring Contributions or through payroll direct deposit. **Checks should be made payable to *New York's 529 Advisor-Guided College Savings Program*.** You may also be able to make contributions through your financial advisory firm.
- Initial recurring and payroll direct deposit contributions must be $25 per Account.

For more complete information, please see:

**Your Account** ............................. Pages 3-11

**Important Tax Information** .................... Pages 45-48

### Account Balance Limit

- The Maximum Account Balance is currently $520,000, subject to adjustment in the future. The Account balance may exceed $520,000 due to market increases or earnings of the Portfolios.
- Additional contributions may not be made to an Account for a particular Beneficiary if the Maximum Account Balance is reached.

For more complete information, please see:

**Your Account** ............................. Pages 3-11

**Important Tax Information** .................... Pages 45-48

### Withdrawals; Transfers to Other Section 529 Plans

- Withdrawals used to pay for Qualified Higher Education Expenses are not taxable income to the Account Owner or to the Beneficiary.
- Withdrawals used to pay for K-12 Tuition Expenses are not taxable income to the Account Owner or Beneficiary for federal tax purposes. However, these withdrawals are considered a New York Non-Qualified Withdrawal and will require the recapture of any New York State tax benefits that have accrued on contributions to the Account.
- Qualified Higher Education Expenses include tuition, fees, books, supplies, and equipment required for enrollment or attendance at an Eligible Educational Institution; the purchase of certain computer equipment, software, internet access, and related services, if used primarily by your Beneficiary while enrolled at an Eligible Educational Institution; certain room and board expenses for your Beneficiary; and certain expenses for students with special needs.
- K-12 Tuition Expenses include tuition expenses in connection with enrollment or attendance at an elementary or secondary public, private or religious school, not to exceed $10,000 per calendar year.
- The earnings portion of withdrawals that are not New York or Federal Qualified Withdrawals are subject to certain federal and state taxes and may be subject to the recapture of any previous New York State tax deductions taken for the contributions portion of the withdrawal.

For more complete information, please see:

**Your Account** ............................. Pages 3-11

**Important Tax Information** .................... Pages 45-48

### Federal Tax Information

- Earnings accrue free from federal income tax while held in the Account.
- Federal Qualified Withdrawals are withdrawals used to pay for the Beneficiary's Qualified Higher Education Expenses and/or K-12 Tuition Expenses.
- The earnings portion of a Federal Qualified Withdrawal is not taxable income to the Account Owner or Beneficiary.
- The earnings portion of a Federal Non-Qualified Withdrawal is includable in the taxable income of the Account Owner or possibly the Beneficiary if paid to the Beneficiary.
- Subject to certain exceptions, the earnings portion of a Federal Non-Qualified Withdrawal also will be subject to the Federal Penalty.

Applicable tax rules are complex, certain rules are uncertain, and their application to any particular person may vary according to facts and circumstances applicable to that person. **You should consult a qualified tax advisor regarding the application of the law to your circumstances.**

For more complete information, please see:

**Your Account** ............................. Pages 3-11

**Important Tax Information** .................... Pages 45-48

### New York Tax Information

- Individual Account Owners who file individual New York State income tax returns may deduct up to $5,000 per tax year ($10,000 for those filing jointly) for their total, combined contributions to the *Advisor-Guided Plan* and the *Direct Plan* during that tax year.
- Earnings accrue free from New York State income tax while held in the Account.
- The earnings portion of New York Qualified Withdrawals is exempt from New York State income taxes.
- The amount of any deduction previously taken for New York individual income tax purposes for contributions to the Program would be subject to recapture if those assets are rolled over to a Non-New York 529 Plan.
- New York Non-Qualified Withdrawals (subject to certain exceptions, such as the Beneficiary's death or Disability) are subject to recapture of any previous New York State tax deductions taken for contributions to the Account. Additionally, the earnings portion of a New York Non-Qualified Withdrawal would be subject to New York State income taxes.

For more complete information, please see:

**Your Account** ............................. Pages 3-11

**Important Tax Information** .................... Pages 45-48

### Risk Factors

- An investment in the Portfolios is subject to investment risks. You could lose money, including the principal you invest.
- There is no guarantee or assurance that the investment objective of any Portfolio will be achieved or that you will have sufficient assets in your Account to meet your Beneficiary's Qualified Higher Education Expenses or K-12 Tuition Expenses or that your investment goals will be realized.
- Portfolio asset allocation, strategies of Underlying Funds, fees, and applicable federal or state tax laws may change from time to time.
- Participation in the *Advisor-Guided Plan* may affect eligibility for financial aid.

For more complete information, please see:

**Certain Risks of Investing in the Advisor-Guided Plan** ............................. Pages 23-25

**Important Tax Information** .................... Pages 45-48

## Section 1. Your Account

This Section will guide you through the details of opening an Account, contributing to your Account, maintaining your Account, using your savings to pay for Qualified Higher Education Expenses, and closing your Account.

### Opening your Account

To be an Account Owner, you must be a U.S. citizen or resident alien and have a Social Security number or taxpayer identification number. Trusts, estates, corporations, companies, partnerships, and associations may also be Account Owners. If an Account is opened in the name of a minor as Account Owner, a parent or guardian must execute the Enrollment Application on behalf of the minor. You must provide us with a permanent U.S. street address that is not a post office box. You do not have to be a resident of New York, and there are no income restrictions on Account Owners.

To open an Account, you must complete and sign the Enrollment Application and have your financial advisor submit the application by mail to:

> New York's 529 Advisor-Guided College Savings Program
> P.O. Box 55498
> Boston MA 02205-5498

By signing the Enrollment Application, you irrevocably agree that the Account is subject to the terms and conditions of the then-current Disclosure Booklet and Tuition Savings Agreement. We reserve the right to hold you liable in the event that you intentionally provide inaccurate information in connection with your Account.

### Control Over the Account

Although other persons may contribute to an Account, only the Account Owner may control how the Account's assets are invested and used. Although contributions to the Program are considered completed gifts for federal gift, generation-skipping, and estate tax purposes, a Beneficiary who is not the Account Owner has no control over the assets in the Account. See "**Choosing a Successor Account Owner.**"

### Special Rules for Scholarship Accounts

Federal tax law permits Section 501(c)(3) organizations and certain governmental entities (but not individuals or other types of organizations and entities) to open an Account for the purpose of funding a scholarship program. The owner of the Account need not designate a specific individual as Beneficiary when the Account is opened. Instead, the owner may designate Beneficiaries from time to time in connection with scholarship awards made under the scholarship program by requesting a Beneficiary change with a Beneficiary Change Form. These Beneficiaries need not be members of the same family. The contribution limitation that applies to other Accounts does not apply to scholarship Accounts; however, contributions should be in line with the scope and size of the scholarship program. Once a Beneficiary is named, the Maximum Account Balance limitations will apply to that Beneficiary. We reserve the right to place limits on the total dollar amount of contributions to an Account established as a scholarship program.

### Choosing a Beneficiary

You will need to select a Beneficiary for the Account on your Enrollment Application. Your Beneficiary is the future student. Your Beneficiary does not have to be a New York State resident; however, he or she must be a U.S. citizen or resident alien with a valid Social Security number or taxpayer identification number.

Other considerations when selecting a Beneficiary:

- You may select only one Beneficiary per Account.
- You do not have to be related to the Beneficiary.
- You may select yourself as Beneficiary.
- You may open Accounts for multiple Beneficiaries.

### Choosing a Successor Account Owner

You may designate a successor Account Owner to succeed to all of your rights, title, and interest in and to an Account (including the right to change the Beneficiary or withdraw all or any portion of the assets) upon your death. This designation can be made on the Enrollment Application, which is available on our website at **www.ny529advisor.com**. If you fail to designate a successor Account Owner on the Enrollment Application, and subsequently decide to make a designation, or if you wish to revoke or change a designation, you may make the change by submitting the appropriate Form. The Account will become effective for the successor Account Owner once your instructions have been received and processed. If you have designated a successor Account Owner, your successor Account Owner will automatically become the Account Owner upon your death. The successor Account Owner will be required to give us a certified copy of a death certificate sufficiently identifying you by name and Social Security number or other proof recognized under applicable law and acceptable to us before taking any action regarding the Account following your death. To complete the transfer, your successor Account Owner must also provide a letter of instruction and complete a new Enrollment Application.

You should consider consulting a qualified estate planning and tax advisor about the potential legal and tax consequences of a change in Account Owner at your death.

### Choosing an Investment Option

You will need to select an Investment Option for your Account on your Enrollment Application. Please see **Section 2. Your Investment Options, Section 3. Certain Risks of Investing in the *Advisor-Guided Plan*,** and **Section 4. Your Investment Costs** to help with this investment selection.

### Contributing to Your Account

You may contribute to your Account by any of the following methods: Recurring Contributions, electronic bank transfer, check, payroll deduction (if your employer permits payroll deduction), transfer from a Upromise account, rollover from a Non-New York 529 Plan, transfer from another Account in the *Advisor-Guided Plan* or the *Direct Plan*, transfer from an education savings account, or redemption of a qualified U.S. Savings Bond. We also accept contributions from custodial accounts under the Uniform Gifts to Minors Act or the Uniform Transfers to Minors Act (*UGMA/UTMA*). You may also receive a minimum gift contribution of $25 through Ugift. Some of these methods are discussed in detail later in this Section. You may contribute through your financial advisor.

### At a Glance—How to Contribute to Your *Advisor-Guided Plan* Account

| | |
|---|---|
| Recurring Contributions | Link your bank account and the *Advisor-Guided Plan* and schedule automatic transfers of a set amount. |
| Electronic Bank Transfer (*EBT*) | Link your bank account and the *Advisor-Guided Plan* to transfer money directly to your *Advisor-Guided Plan* Account. |
| Check | Send a check made payable to "*New York 529 Advisor-Guided Plan*" to one of the addresses detailed below. |
| Payroll Direct Deposit | A method of contribution to your own Account directly through your employer, if allowable. |
| Upromise® Service | You may contribute to your Account by participating in the Upromise® service, a rewards service that returns, as college savings, a percentage of your eligible spending with hundreds of America's leading companies. |
| Ugift® | You may invite family and friends to contribute to your *Advisor-Guided Plan* Accounts through Ugift®, an *Advisor-Guided Plan* feature. |
| Incoming Rollover Contributions from Non-New York 529 Plans | Contributions to your Account may be made with funds transferred from a Non-New York 529 Plan. This transaction is known as a "Rollover." |
| Transfer Within New York Program for Same Beneficiary | You can transfer assets directly between Accounts in the *Direct Plan* and the *Advisor-Guided Plan*, twice per calendar year for the same Beneficiary. |
| Transfer Within New York Program for Another Beneficiary | You can transfer assets in the *Direct Plan* and the *Advisor-Guided Plan*, from an Account for one Beneficiary to an Account for a new Beneficiary, without federal income taxes or the Federal Penalty, if the new Beneficiary is a Member of the Family of the prior Beneficiary. |
| Contributions from a Coverdell Educations Savings Account or Qualified United States Savings Bond | Contribute to the *Advisor-Guided Plan* from an education savings account or by selling a qualified U.S. Savings Bond. |
| Contributions from UGMA/ UTMA Custodial Accounts | Contribute assets from an UGMA / UTMA account to your *Advisor-Guided Plan* Account. |

### Minimum Contributions

The minimum initial investment in the *Advisor-Guided Plan* is (a) $1,000 in a lump-sum, (b) $25 per month or $75 per quarter as a Recurring Contribution, or (c) $25 per month by Payroll Direct Deposit per Account. These minimums are generally not applicable for investments in Advisor Class Units (other than those by employees of JPMorgan and Ascensus). Once an investment in an Account is made, additional contributions may be made to the Account so long as each subsequent contribution equals or exceeds $25 (please note the exception to these minimums for contributions made in connection with Recurring Contributions or payroll direct deposit (minimum initial investment of $25 per Account) or the Automated Dollar Cost Averaging Program as described below). Purchases of Advisor Class Units by JPMorgan and Ascensus employees and other affiliated persons are also subject to a minimum initial investment of $1,000.

### Maximum Account Balance

There is no limit on the growth of Accounts. However, contributions to your Account will not be permitted if at the time of the proposed contribution the aggregate Account balance, including the proposed contributions (including all *Advisor-Guided Plan* Accounts and *Direct Plan* Accounts for the same Beneficiary, regardless of Account Owner) would exceed the Maximum Account Balance limit. The Maximum Account Balance is currently $520,000. The Maximum Account Balance is determined periodically by the Program Administrators in compliance with federal and State requirements.

Accounts that have reached the Maximum Account Balance may continue to accrue earnings, but additional contributions will not be accepted and will be returned. The Maximum Account Balance is based on the current aggregate market value of the Account(s) for a Beneficiary plus the amount of total New York Qualified Withdrawals plus the amount of withdrawals used to pay K-12 Tuition Expenses and not solely on the aggregate contributions made to the Account(s). If, however, the market value of the Account(s) falls below the Maximum Account Balance due to market fluctuations and not as a result of withdrawals from the Account(s), additional contributions will be accepted. We may, in our discretion, refuse to accept a proposed contribution if we determine that accepting the contribution would not comply with federal or New York State requirements. None of the Associated Persons will be responsible for any loss, damage, or expense incurred in connection with a rejected or returned contribution. In the future the Maximum Account Balance might be reduced under certain circumstances. To determine periodically whether the Maximum Account Balance has changed, log on to www.ny529advisor.com.

### Spousal Contribution

Your spouse can contribute to your Account and those contributions may be eligible for the New York State tax deduction if you file a joint New York State income tax return. If a contribution check is from your spouse's individual bank account, we will generally treat it as a contribution made by a third party, however, these third party spousal contributions may still be deductible from New York taxable income under certain circumstances. Please contact the New York State Department of Taxation and Finance (*DTF*) to see if the contribution qualifies for a deduction.

### Impermissible Methods of Contributing

We will not accept contributions made by cash, money order (except in certain, limited circumstances, please contact the *Advisor-Guided Plan* at 1-800-774-2108 for more information), a check endorsed to the *Advisor-Guided Plan* in excess of $10,000, traveler's check, starter check, checks drawn on banks outside the U.S or checks not in U.S. dollars, checks dated more than 180 days prior to the date of receipt, post-dated checks, or checks with unclear instructions, or any other checks the *Advisor-Guided Plan* deems unacceptable. We also will not accept contributions made with stocks, securities, or other non-cash assets.

### Allocation of Contributions

You will be asked to designate on your Enrollment Application how you want contributions allocated among Investment Options, classes of Portfolio Units and Portfolio(s). Subsequent contributions will be allocated based on your initial instructions until you tell us otherwise.

### Automated Dollar-Cost Averaging Program

By selecting the Automated Dollar-Cost Averaging Program, you may make a lump sum contribution to an initial Portfolio, and at the time of the lump sum contribution, designate automatic periodic allocations to one or more other Portfolios. To enroll in this program, your total initial contribution must be at least $5,000 in the initial Portfolio, and the amount of your automatic periodic allocation to each Portfolio selected at the time you enroll must be at least $100 per Portfolio. These automatic periodic allocations are not considered reallocations for purposes of the twice-per-calendar-year limit on investment exchanges if specified at the time the lump-sum contribution is made. The periodic allocations will be made on the 15th of the month or, if that day is not a business day, on the next succeeding business day and will continue until your investment in the initial Portfolio is depleted. Adding or changing the automatic allocation instructions with respect to prior contributions still remaining in the initial Portfolio will constitute an investment exchange for purposes of the twice-per-calendar-year limitation. See **"Maintaining Your Account—Changing Investment Options within the Program"** in this Section.

A program of regular investment cannot assure a profit or protect against a loss in a declining market. Since the dollar-cost averaging method involves periodic transfers from the initial Portfolio regardless of fluctuating price levels of a Portfolio's Underlying Fund(s) (and resulting fluctuations of the Portfolio's Unit value), you should consider your financial ability to not withdraw the lump sum(s) contributed through periods of low price levels.

### Contribution Types

**Recurring Contributions.** You may contribute to your Account through periodic automated debits from your checking or savings account if your bank is a member of the Automated Clearing House, subject to certain processing restrictions. To initiate a Recurring Contribution during enrollment, you must complete the appropriate section of the Enrollment Application. You also may set up a Recurring Contribution after you have opened your Account by submitting the appropriate form or electronically after registering for Account access through www.ny529advisor.com. You can also setup or change your Recurring Contribution if your Account is linked to your bank account through EBT. Initial and subsequent Recurring Contributions must be in an amount equal to at least $25 per month (or $75 per quarter) per Account.

There is no charge for establishing or maintaining Recurring Contributions. Your bank account will be debited on the day you designate, provided the day is a regular business day. If the day you designate falls on a weekend or a holiday, the debit will occur on the next business day. Quarterly investments will be made on the day indicated every three months. The starting date for a Recurring Contribution must be at least three days from the date of receipt of the request to establish Recurring Contributions. If no date is indicated, debits from your bank account will be made on the 15th of the month (or on the next business day thereafter).

Authorization to perform automated Recurring Contributions will remain in effect until we have received notification of its termination. Either you or the Program may terminate your enrollment in Recurring Contributions at any time. To be effective, a change to, or termination of, your Recurring Contributions (including termination in connection with closing an Account) must be received by the Program at least five business days before the next debit is scheduled to be deducted from your bank account and is not effective until we have received and processed the contribution. We reserve the right to suspend the processing of future Recurring Contributions if (1) the bank account on which the contribution is drawn contains insufficient funds, (2) the Recurring Contribution cannot be processed due to incomplete or inaccurate information or (3) the transaction would violate processing restrictions.

**Electronic Bank Transfer.** You may contribute to your Account by authorizing a withdrawal from your checking or savings account by EBT. You may be the sole or joint owner of the account, subject to certain processing restrictions. To authorize an EBT, you must provide certain information about the bank account from which funds will be withdrawn (the same information required to establish a Recurring Contribution). Once you have provided that information, you may request an EBT from the designated bank account to your Program Account, online at www.ny529advisor.com or by phone at 1-800-774-2108.

There is no charge for requesting an EBT. The trade date for the EBT will be determined as described below under **"Pricing of Portfolio Units and Trade Date Policies."** We reserve the right to suspend the processing of future EBT contributions if (1) the bank account on which the contribution is drawn contains insufficient funds, (2) the EBT cannot be processed due to incomplete or inaccurate information or (3) the transaction would violate processing restrictions.

We may place a limit on the total dollar amount per day you may contribute to your Account by EBT. This limit is typically five times the Federal annual gift limit. Contributions in excess of this limit will be rejected or returned. If you plan to contribute a large dollar amount to your Account by EBT, you may want to inquire about the current limit prior to making your contribution.

**Contributions by Check.** All checks should be made payable to *"New York's 529 Advisor-Guided College Savings Program"* and sent to the following address:

> New York's 529 Advisor-Guided College Savings Program
> P.O. Box 55498
> Boston, MA 02205-5498 (for regular mail)
>
> or
>
> New York's 529 Advisor-Guided College Savings Program
> 95 Wells Avenue, Suite 155
> Newton, MA 02459 (for overnight mail)

For established Accounts, the Account number should be included on the check. You may endorse checks not exceeding $10,000 payable to the Account Owner or Beneficiary to *New York's 529 Advisor-Guided College Savings Program.* In addition to your contributions, third parties, such as families and friends or your business, can make contributions to an Account. However, you remain in control of your Account. **Contributions to an Account by third parties are not generally deductible from New York taxable income by the third party or the Account Owner.** Please contact DTF to see if the contribution qualifies for a deduction.

**Payroll Direct Deposit.** You may contribute to your Account directly through payroll direct deposit if your employer allows this service. You must contact your employer's payroll office to verify that you can participate. Payroll direct deposit contributions will not be made to your Account until you have received a Payroll Direct Deposit Confirmation Form from us, provided your signature and Social Security number or Taxpayer Identification number on the Form, and submitted the Form to your employer's payroll office. Initial and subsequent contributions must be in an amount equal to at least $25 per month per Account.

**Upromise® Service.** You may choose to participate in the Upromise® service, a rewards service that returns a percentage of your eligible spending with hundreds of America's leading companies as college savings. Once you enroll in the Program, your Upromise service account and your *Advisor-Guided Plan* Account can be linked so that your rebate dollars are automatically transferred to your *Advisor-Guided Plan* Account on a periodic basis. The minimum amount for an automatic transfer from a Upromise service account to an existing Account within the Program is $25 per Account. You may be eligible to deduct all or a portion of your rewards savings transferred to your Program

Account from your New York adjusted gross income. See **"Section 5. Important Tax Information."**

This Disclosure Booklet is not intended to provide information concerning the service. The Upromise service is administered in accordance with the terms and procedures set forth in the Upromise Member Agreement (as may be amended from time to time) on the Upromise service website, which can be accessed through **www.ny529advisor.com**. If you want more information about the Upromise service, please visit www.upromise.com. The Upromise service is not affiliated with the State of New York.

**Ugift®.** You may invite family and friends to contribute to your Account through Ugift. Once you provide a unique contribution code to selected family and friends, gift givers can either contribute on-line through an Electronic Bank Transfer or by mailing in a gift contribution coupon with a check made payable to "*Ugift—New York's 529 Advisor-Guided College Savings Program*". The minimum Ugift contribution is $25.

Gift contributions received in good order will be held for approximately five business days before being transferred into your Account. Gift contributions through Ugift are subject to the Maximum Account Balance and daily contribution limits requirements of the *Advisor-Guided Plan*. Gift contributions will be invested according to the allocation on file for your Account at the time the gift contribution is transferred. There may be potential tax consequences of gift contributions to an *Advisor-Guided Plan* Account. You and the gift giver should consult a tax advisor for more information. For more information about Ugift, visit **www.ny529advisor.com** or call us at **1-800-774-2108**.

**Incoming Rollover Contributions from Non-New York 529 Plans.** Contributions to your Account may be made with funds transferred from a Non-New York 529 Plan, also known as a Rollover. Rollover funds from an account in a Non-New York 529 Plan may be contributed to your Account for the same Beneficiary without federal income tax consequences or imposition of the 10% additional federal income tax penalty (*Federal Penalty*) if the Rollover does not occur within 12 months from the date of a previous transfer to any Qualified Tuition Program for the benefit of the same Beneficiary. Rollover funds from an account in a Non-New York 529 Plan also may be contributed to an *Advisor-Guided Plan* Account without federal income tax consequences at any time when you change Beneficiaries, provided that the new Beneficiary is a Member of the Family of the old Beneficiary as described in **"Substituting Beneficiaries."** A Rollover that does not meet these criteria will be considered a Non-Qualified Withdrawal from the Non-New York 529 Plan. Each of a New York and Federal Non-Qualified Withdrawal is subject to applicable federal and state income tax and the Federal Penalty on earnings, and may also have federal or state gift tax, estate tax, or generation-skipping transfer tax consequences. See **"Section 5. Important Tax Information."**

Incoming Rollovers can be direct or indirect. Direct Rollovers involve the transfer of money from a Non-New York 529 Plan directly to the *Advisor-Guided Plan*. Indirect Rollovers involve the distribution of money from an account in a Non-New York 529 Plan to the account owner, who then contributes the money to an Account in the Program. To avoid federal income tax consequences, including the imposition of the Federal Penalty, money you receive in an indirect Rollover must be contributed to the *Advisor-Guided Plan* within 60 days of the distribution. You may be eligible to deduct all or a portion of the Rollover from your New York adjusted gross income. See **"Section 5. Important Tax Information."** You should be aware that not all Non-New York 529 Plans permit direct Rollovers of funds. Additionally, there may be state income tax consequences (and in some cases penalties) from a Rollover out of another state's 529 Plan.

Rollover funds may be contributed to the New York Program, directly (if permitted by the Non-New York 529 Plan) or indirectly, either as an initial contribution when you open an Account or as an additional contribution to an existing Account. You should provide to us an account statement or other documentation from the distributing 529 Plan indicating the portion of the withdrawal attributable to earnings. **Until we receive this documentation, the entire amount of the Rollover will be treated for record-keeping and tax reporting purposes as a distribution of earnings from the distributing 529 Plan.** See **"Section 5. Important Tax Information.**

**Transfer within New York Program for Same Beneficiary.** Under Section 529 of the Code, you can transfer assets directly between Accounts in the *Direct Plan* and the *Advisor-Guided Plan*, twice per calendar year for the same Beneficiary. This type of direct transfer is considered an Investment Exchange for federal and state tax purposes and is therefore subject to the restrictions on Investment Exchanges described below under **"Changing Investment Options within the Program."**

This type of transfer should be done directly between the Accounts, without a distribution of money from the Program, to avoid adverse federal and state tax consequences. For federal and state tax purposes, an indirect transfer involving the distribution of money from the *Direct Plan* to the *Advisor-Guided Plan* or vice versa, would be treated as both a New York and Federal Non-Qualified Withdrawal (and not as an Investment Exchange), even though subsequently contributed to the new Account for the same Beneficiary. See **"Section 5. Important Tax Information."**

Depending on what Unit class you hold, a transfer from an *Advisor-Guided Plan* Account to a *Direct Plan* Account may be subject to a CDSC.

**Transfer within New York Program for Another Beneficiary.** Under Section 529, you can transfer assets in the *Direct Plan* and the *Advisor-Guided Plan*, from an Account for one Beneficiary to an Account for a new Beneficiary, without incurring federal income taxes or the Federal Penalty, if the new Beneficiary is a Member of the Family of the prior Beneficiary. The transfer will be permitted only to the extent that the aggregate balance of *Advisor-Guided Plan* Accounts and *Direct Plan* accounts for the new Beneficiary, including the transfer, would not exceed the Maximum Account Balance. See **"Maximum Account Balance."** This type of transfer is not permitted for an Account funded with proceeds of an UGMA/UTMA account.

For federal tax purposes, this type of transfer may be done directly between the Accounts, without a distribution of money from the Program, or indirectly, by contributing money to the receiving Account within 60 days after the distribution from the prior Account. However, for New York income tax purposes, an indirect transfer (with money being distributed from the Program) will be treated as a New York Non-Qualified Withdrawal (and thus may be subject to New York state taxes on earnings, as well as the recapture of previous New York state tax deductions taken for contributions to the prior Account), even if the money is contributed to the new Account within 60 days and is not subject to federal income tax (although the subsequent recontribution of assets to the new Account may be eligible for the New York State tax deduction for contributions). See **"Section 5. Important Tax Information.**

Depending on what Unit class you hold, a transfer from an *Advisor-Guided Plan* Account to a *Direct Plan* Account may be subject to a CDSC.

**Contributions from a Coverdell Education Savings Account or Qualified United States Savings Bond.** You can contribute to your Account with proceeds from the sale of assets held in an education savings account or a Qualified Savings Bond. See **"Section 5. Important Tax Information."** The following documentation should be provided to the Program:

- In the case of a contribution from a Coverdell Education Savings Account, an account statement or other documentation issued by the financial institution that acted as custodian of the Coverdell Education Savings Account that shows the total amount contributed to the account and the earnings in the account.

- In the case of a contribution from the redemption of a Qualified Savings Bond, an account statement or Form 1099-INT or other documentation issued by the financial institution that redeemed the Qualified Savings Bond showing interest from the redemption of the Qualified Savings Bond.

Until we receive this documentation, the entire amount of the contribution will be treated as earnings for record-keeping and tax reporting purposes. See

"Section 5. Important Tax Information." You should consult a qualified tax advisor with respect to contributions from a Coverdell Education Savings Account or Qualified Savings Bond.

**Contributions from UGMA/UTMA Custodial Accounts.** If you are the custodian of an UGMA/UTMA account, you may be able to open an Account using custodial assets previously held in the UGMA/UTMA account, subject to the laws of the state where you opened the UGMA/UTMA account. As custodian, you will act as the Account Owner. As custodian, you may incur capital gains (or losses) from the sale of noncash assets held in the UGMA/UTMA account. You should consult a qualified tax advisor with respect to the transfer of UGMA/UTMA custodial assets and the implications of such a transfer. As an UGMA/UTMA custodian, you should consider the following:

- You may make withdrawals from the Account only as permitted under the UGMA/UTMA as in effect in the state under which the UGMA/UTMA account was established and, by the *Advisor-Guided Plan*.
- You may not select a new Beneficiary (directly or by means of a Rollover), except as permitted under UGMA/UTMA.
- During the term of the custodial account under UGMA/UTMA, you can name a successor custodian. This successor custodian will act as the Account Owner.
- When the custodianship terminates, the Beneficiary is legally entitled to take control of the Account and may become the Account Owner.
- Additional contributions of money not previously gifted to the Beneficiary under the UGMA/UTMA account may be made to a separate, non-custodial Account, to allow the Account Owner to retain control of the separate Account after the custodianship terminates.

Neither the Program nor any of its Associated Persons will be liable for any consequences related to an UGMA/UTMA custodian's improper use, transfer, or characterization of custodial funds.

### Treatment of Certain Transfers and Rollovers: Sales Charges

A transfer of assets to the *Advisor-Guided Plan* from the *Direct Plan*, and a rollover to the *Advisor-Guided Plan* from a Non-New York 529 Plan, will be treated as a new contribution for purposes of determining any applicable initial sales charge. To determine whether you are eligible to receive a Class A sales charge waiver, please see **Waiver of Class A Sales Charges**. Similarly, a transfer of assets from the *Advisor-Guided Plan* to the *Direct Plan*, and a rollover from the *Advisor-Guided Plan* to a Non-New York 529 Plan, will be treated as a withdrawal from the *Advisor-Guided Plan* for purposes of determining any applicable CDSC.

### Dealer Reallowances and Other Payments and Compensation to Financial Advisory Firms

Financial advisory firms, through which you may invest in the *Advisor-Guided Plan*, will receive compensation under one of the fee structures described below in accordance with the financial advisory firm's agreement with JPMDS. The commission will be all or a portion of the sales charge paid by an Account Owner and an ongoing trail commission that represents all or a portion of the distribution and service fee payable from Account assets, except for Advisor Class Units which are not subject to a sales charge or distribution and service fee. For Class A and B Units, this ongoing trail commission is accrued immediately and paid monthly; and for Class C Units, it is paid monthly starting in the 13th month after purchase.

In addition to the commissions specified above, JPMDS, JPMIM and the Program Manager, from their own resources, may make cash payments to selected financial advisory firms that agree to promote the sale of *Advisor-Guided Plan* Units or other funds that JPMDS distributes. It is anticipated that the payments will be made with respect to the *Advisor-Guided Plan* Units on a very limited basis. A number of factors may be considered in determining the amount of those payments, including the financial advisory firm's sales, client assets invested in or expected to be invested in the *Advisor-Guided Plan* and other funds that JPMDS distributes and redemption rates, the quality of the financial advisory firm's relationship with JPMDS and/or its affiliates or the Program Manager, and the nature of the services provided by a financial advisory firm to its clients. The payments may be made in recognition of such factors as marketing support, access to sales meetings and the financial advisory firm's representatives, and inclusion of the *Advisor-Guided Plan* or other funds that JPMDS distributes on focus, select or other similar lists.

Subject to applicable rules, JPMDS may also pay non-cash compensation to financial advisory firms and their representatives, including: (i) occasional gifts; (ii) occasional meals, or other entertainment; and/or (iii) support for financial advisor educational or training events.

In some circumstances, the payments discussed above may create an incentive for an intermediary or its employees or associated persons to recommend or sell shares of the *Advisor-Guided Plan*. **Please also contact your financial advisory firm for details about payments the firm may receive.**

## Maintaining Your Account

### Changing Account Ownership

You can transfer ownership of all of your Account balance to a new Account Owner at any time. After the transfer is complete, the new Account Owner will have sole control of the assets you have chosen to transfer. Once you transfer all the assets in your Account to a new Account Owner, your Account will be closed.

To make the change, you need to submit the *New York's 529 Advisor-Guided College Savings Program Change of Ownership Form*. If you are transferring ownership for more than one Account, you'll need to submit a separate form for each new Account Owner. In addition, if the new Account Owner doesn't already have an account for the Beneficiary, he or she must submit an Enrollment Application. Forms can be downloaded online at www.ny529advisor.com. For questions about the forms, you can also call us at **1-800-774-2108** during normal business hours, Monday through Friday, 8:00 a.m. to 7:00 p.m. EST.

If the new Account Owner takes a withdrawal, he or she will be liable for any previous New York state tax deductions you have taken if those deductions are subject to recapture including, in the case of New York Non-Qualified Withdrawals, withdrawals because of Qualified Scholarships, attendance at a U.S. Military Academy, and Rollovers to a non-New York 529 Plan account. **The new Account Owner's liability for those deductions applies even if he or she isn't a New York State taxpayer.** Therefore, in order to complete the transfer, you must certify that you have disclosed to the new Account Owner any previous New York State tax deductions taken for contributions made to the Account. A transfer of control of your Account may also have adverse income or gift tax consequences. You should contact a qualified tax advisor regarding the application of federal, state, and local tax law to your circumstances before transferring ownership of an Account.

### Confirmations and Statements/Safeguarding Your Account

You will receive confirmations for any activity in the Account, except for Recurring Contribution transactions, Account assets that are automatically moved to a more conservative Age-Based Option as a Beneficiary ages, exchanges made for the Automated Dollar-Cost Averaging Program, and transfers from a Upromise service account to the Account, all of which will be confirmed on a quarterly basis only. You will receive quarterly account statements indicating, for the applicable time period: (1) contributions; (2) withdrawals; (3) Investment Exchanges; (4) changes to contribution percentages among selected Investment Options; (5) the total value of your Account at the end of that time period; (6) transfers from a Upromise service account to your Account; (7) exchanges made for the Automated Dollar-Cost Averaging Program; and (8) adjustments to more conservative Age-Based Portfolios.

You can securely access your Account information, including quarterly statements and transaction confirmations, 24 hours a day at www.ny529advisor.com by obtaining an online user name, password, and security image. If you enroll online, you will be required to select a user name and password. We use reasonable procedures to confirm that transaction requests are genuine. However, neither the Program nor any of its Associated Persons will be responsible for losses resulting from fraudulent or unauthorized instructions received by the *Advisor-Guided Plan*, provided we reasonably believed the instructions were genuine. To safeguard your Account, please keep your information confidential. For more information about how we protect your information and how you can protect your information, see the "*Security*" link on www.ny529advisor.com.

**Contact us immediately if you believe someone has obtained unauthorized access to your Account or if you believe there is a discrepancy between a transaction you requested and your confirmation statement.**

If you receive a confirmation that you believe contains an error or does not accurately reflect your authorized instructions—e.g., the amount invested differs from the amount contributed or the contribution was not invested in the particular Investment Option(s) you selected—you must promptly notify us of the error. If you do not notify us promptly, you will be considered to have approved the information in the confirmation and to have released the Program and its Associated Persons from all responsibility for matters covered by the confirmation. Neither the Program nor any of its Associated Persons will be responsible for losses resulting from an error if the error resulted from fraudulent or unauthorized instructions received by the *Advisor-Guided Plan* that we reasonably believed were genuine.

### Changing Investment Options within the Program

You may move assets already in your Account to a different mix of Investment Options **twice per calendar year without changing the Beneficiary** online, by phone, or by submitting the appropriate form. This is called an Investment Exchange.

You may also make an Investment Exchange at any time you change the Beneficiary, whether or not you have previously directed an Investment Exchange within the calendar year. These two types of Investment Exchanges are not subject to federal or State income tax or to the Federal Penalty. For Accounts invested in the Age-Based Option, the automatic reallocation of assets based on the age of the Beneficiary does not constitute an annual Investment Exchange. Transfers between the *Advisor-Guided Plan* and the *Direct Plan* within the New York Program are considered to be Investment Exchanges for purposes of the twice-per-calendar-year limitation, and all *Advisor-Guided Plan* Accounts and *Direct Plan* accounts having the same Account Owner and Beneficiary will be aggregated for purposes of the twice-per-calendar-year limitation.

Assets reallocated from one Portfolio to another will be used to purchase Portfolio Units in the selected Portfolio of the same class as those being surrendered in connection with the reallocation. The new Portfolio Units will retain the same holding-period characteristics as the previously held Portfolio Units for purposes of calculating any applicable contingent deferred sales charge. Several of the Individual Portfolios do not offer Class B Units; therefore, you will have to choose a different class if you hold Class B Units and want to reallocate assets into a Portfolio without Class B Units. In that instance you will be charged any applicable CDSC when you move your assets out of the Class B Units and into another class. In addition, while the CDSC is being waived on Class C Units of the JPMorgan 529 U.S. Government Money Market Portfolio purchased beginning on August 25, 2014, a new holding period will begin at the time you make an Investment Exchange from the Class C Units of the JPMorgan 529 U.S. Government Money Market Portfolio into Class C Units of another Portfolio. If you make an Investment Exchange from Class C Units of another Portfolio into Class C Units of the JPMorgan 529 U.S. Government Money Market Portfolio during this period, no CDSC will be charged at the time of the Investment Exchange, but if you make a subsequent withdrawal of the Class C Units of the JPMorgan 529 U.S. Government Money Market Portfolio, any applicable CDSC will be charged at that time.

Please see **"Section 2. Your Investment Options"** and **"APPENDIX A: Underlying Funds"** for more information about the *Advisor-Guided Plan*'s Investment Options and the Underlying Funds and their related risks.

### Substituting Beneficiaries

Section 529 permits an Account Owner to change Beneficiaries without adverse federal income tax consequences if the new Beneficiary is a Member of the Family of the former Beneficiary. Otherwise, the change is treated as both a Federal and New York Non-Qualified Withdrawal subject to federal and applicable state income tax, as well as the Federal Penalty. There may also be federal and state gift tax, estate tax or generation-skipping tax consequences in connection with changing the Beneficiary of your Account. You should consult a qualified tax advisor. See **"Section 5. Important Tax Information."**

To change a Beneficiary, you must submit the appropriate form. Once you have requested the Beneficiary change, a new Account will be created for the new Beneficiary. At the time you change Beneficiaries, you may reallocate assets in the Account to a different mix of Portfolios.

You may not change the Beneficiary of an Account or transfer funds between Accounts to the extent that the resulting aggregate balance of all Accounts for the new Beneficiary (including all *Advisor-Guided Plan* Accounts and *Direct Plan* Accounts for the same Beneficiary, regardless of Account Owner) would exceed the Maximum Account Balance. In addition, the Beneficiary of an UGMA/UTMA account may not be changed.

Assets transferred from one Account to another Account for a different Beneficiary will be used to purchase the same class of Portfolio Units as those being surrendered in connection with the transfer, regardless of the Portfolio that the Account Owner selects to invest in with the transferred funds. To the extent available, the new Portfolio Units will retain the same holding-period characteristics as the previously held Portfolio Units for purposes of calculating any applicable CDSC which may apply. **If you change the Beneficiary of an Account that holds Class A (in certain limited circumstances), Class B, or Class C Units to a Beneficiary nearing college age, it is possible that a withdrawal (including a Federal and New York Qualified Withdrawal) will result in the imposition of a CDSC.**

**Note: Assets invested in an Age-Based Portfolio, if not reallocated to a different Portfolio, will automatically be moved to a different Portfolio within the Investment Option corresponding to the age of the new Beneficiary (unless the new Beneficiary is in the same age bracket as the former Beneficiary).**

### Account Restrictions

In addition to rights expressly stated elsewhere in this Disclosure Booklet, we reserve the right to: (1) freeze an Account and/or suspend Account services when the Program has received reasonable notice of a dispute regarding the assets in an Account, including notice of a dispute in Account ownership or when the Program reasonably believes a fraudulent transaction may occur or has occurred; (2) freeze an Account and/or suspend Account services upon the notification to the Program of the death of an Account Owner until the Program receives required documentation in good order and reasonably believes that it is lawful to transfer Account ownership to the successor Account Owner; (3) redeem an Account, without the Account Owner's permission, in cases of threatening conduct or suspicious, fraudulent or illegal activity; (4) prohibit subsequent contributions in an Account if the Account Owner no longer has a financial advisory firm; and (5) reject a contribution for any reason, including contributions for the *Advisor-Guided Plan* that JPMDS, the Program Manager or the Program Administrators believe are not in the best interests of the *Advisor-Guided Plan*, a Portfolio or the Account Owners. The risk of market loss, tax implications, penalties, and any other expenses as a result of such an Account freeze or redemption will be solely the Account Owner's responsibility.

## Using Your Account

### Withdrawals

You may withdraw money from your Account at any time. Withdrawals can be made only by the Account Owner (or his or her legally authorized representative), not by the Beneficiary. You can request a withdrawal online, by phone or by submitting the appropriate form and providing such other information or documentation (for which a signature guarantee may be needed) as we may require. The Form is available at www.ny529advisor.com or by calling the *Advisor-Guided Plan*. If the request is in good order, we typically process the withdrawal and initiate payment of a distribution within three (3) business days after the trade date. (The trade date is determined in accordance with the policies described in **"Section 2. Your Investment Options—Pricing of Portfolio Units and Trade Date Policies."**) During periods of market volatility and at year-end, withdrawal requests may take up to five business days to process. Contributions made by check, Recurring Contribution or EBT will not be available for withdrawal for seven (7) business days. Withdrawals will be held for nine (9) business days following the change of mailing address if the Account Owner requests that the proceeds are to be sent by check to the new address. The 9-day hold does not apply to checks sent directly to the Eligible Educational Institution. Withdrawals by EBT will not be available for fifteen (15) calendar days after bank information has been added or edited.

A New York Qualified Withdrawal can be paid by check to the Account Owner or Beneficiary, via ACH to the Account Owner or by check directly to an Eligible Educational Institution. We will pay the proceeds of a Federal or New York Non-Qualified Withdrawal, a withdrawal to pay K-12 Tuition Expenses, and of withdrawals due to the death or Disability of, or receipt of a Qualified Scholarship or attendance at a Military Academy by a Beneficiary only by check or EBT payable to the Account Owner.

Please allow 7–10 days for your distributions to reach you, the Beneficiary, or the higher Eligible Educational Institution, as applicable. This could take up to ten (10) business days from the date your withdrawal is processed.

In keeping with HESC's mission to help students pay for college, you may also request that HESC transfer your New York Qualified Withdrawal to your Beneficiary's Eligible Educational Institution. If you request that HESC transfer the withdrawal, we will transfer funds to HESC, and HESC, in turn, will transfer the withdrawal to the applicable Eligible Educational Institution. Please allow two to three weeks for this process.

When making a withdrawal from an Account whose assets are invested in more than one Portfolio, you must select the Portfolio(s) from which your funds are to be withdrawn. If you do not designate a particular Investment Option or Options, the withdrawal will be taken proportionately from each of your existing Investment Options.

Although we will report the earnings portion of all withdrawals as required by applicable federal and state tax law, it is solely the responsibility of the person receiving the withdrawal to calculate and report any resulting tax liability.

### Contingent Deferred Sales Charge

Three classes of Portfolio Units are currently offered and one additional class is currently held in certain Accounts. If you have selected Class A (in certain limited circumstances), Class B, or Class C Units and make a withdrawal (including a Federal or New York Qualified Withdrawal) or an Investment Exchange to Portfolio Units in another Class within a certain period of time, you may pay a contingent deferred sales charge. For more information on sales charges, please refer to **"Section: 4: Your Investment Costs: Sales Charges"**.

## Types of Withdrawals

### New York Qualified Withdrawals

To be considered a New York Qualified Withdrawal, the proceeds must be used for the Qualified Higher Education Expenses of your Beneficiary at an Eligible Educational Institution. An Eligible Educational Institution does not include an elementary or secondary school. See **"Withdrawals for K-12 Tuition Expense"** below to learn about using your Account to pay expenses for tuition in connection with enrollment or attendance at an elementary or secondary public, private, or religious school.

Proceeds used to repay student loans cannot be treated as Qualified Higher Education Expenses.

Under current law, the earnings portion of a New York Qualified Withdrawal is not subject to New York State taxes and the earnings portion is not subject to federal income taxation.

### Federal Qualified Withdrawals

To be considered a Federal Qualified Withdrawal, the proceeds must be used for either the Qualified Higher Education Expenses of your Beneficiary at an Eligible Educational Institution or for K-12 Tuition Expense.

Under current law, the earnings portion of a Federal Qualified Withdrawal used to pay the Qualified Higher Education Expenses of the Beneficiary at an Eligible Educational Institution is not subject to New York State taxes and the earnings portion is not subject to federal income taxation. However, if the Federal Qualified Withdrawal is used to pay K-12 Tuition Expenses and you are a New York State taxpayer, the distribution is not considered a New York Qualified Withdrawal and will require the recapture of any New York State tax benefits that have accrued on contributions.

### New York Non-Qualified Withdrawals

In general, a New York Non-Qualified Withdrawal is any withdrawal other than:

(i) a New York Qualified Withdrawal;

(ii) a withdrawal due to the death or Disability of the Beneficiary or receipt of a Qualified Scholarship or attendance at a Military Academy by the Beneficiary (to the extent the amount withdrawn does not exceed the amount of the scholarship or the cost of attendance);

(iii) a Rollover into a Non-New York 529 Plan in accordance with Section 529; or

(iv) a transfer of assets in accordance with Section 529 to an Account for another Beneficiary who is a Member of the Family of the prior Beneficiary (but see **"Transfer within New York Program for Another Beneficiary"** for potential New York State tax consequences).

The earnings portion of a New York Non-Qualified Withdrawal is treated as income to the recipient and thus subject to applicable federal and State income taxes including the Federal Penalty. For New York taxpayers, the earnings and the portion of the distribution attributable to contributions for which a New York State tax deduction was previously taken will be subject to New York personal income tax.

### Federal Non-Qualified Withdrawals

In general, a Federal Non-Qualified Withdrawal is any withdrawal other than:

(i) a Federal Qualified Withdrawal;

(ii) a withdrawal due to the death or Disability of the Beneficiary or receipt of a Qualified Scholarship or attendance at a Military Academy by the Beneficiary (to the extent the amount withdrawn does not exceed the amount of the scholarship or the cost of attendance);

(iii) a Rollover into a Non-New York 529 Plan in accordance with Section 529; or

(iv) a transfer of assets in accordance with Section 529 to an Account for another Beneficiary who is a Member of the Family of the prior Beneficiary (but see **"Transfer within New York Program for Another Beneficiary"** for potential New York State tax consequences).

The earnings portion of a Federal Non-Qualified Withdrawal is treated as income to the recipient and thus subject to applicable federal and state income taxes including the Federal Penalty. For New York taxpayers, the earnings and the portion of the distribution attributable to contributions for which a New York State tax deduction was previously taken will be subject to New York personal income tax.

### Withdrawals for K-12 Tuition Expenses

Under Federal law, effective January 1, 2018, you may withdraw funds from your Account to pay K-12 Tuition Expenses. For federal tax purposes, a distribution to pay K-12 Tuition Expenses up to $10,000 annually is considered a Federal Qualified Withdrawal and is, therefore, free from federal taxes and penalties.

However, if you are a New York State taxpayer, the distribution is not considered a New York Qualified Withdrawal and will require the recapture of any New York State tax benefits that have accrued on contributions. See "**Section 7. Federal and State Tax Advantages**" for additional information.

### Certain Other Withdrawals that are Exempt from the Federal Penalty

1. **Death of the Beneficiary.** If the Beneficiary dies, you may select a new Beneficiary, withdraw all, or a portion of the Account balance, or authorize all or a portion of the Account balance to be withdrawn and paid to the estate of the Beneficiary. Withdrawals that are paid to the estate of the Beneficiary will not be subject to the Federal Penalty, but earnings will be subject to any applicable federal income tax at the recipient's (the person receiving the withdrawal) tax rate. If you select a new Beneficiary who is a Member of the Family of the former Beneficiary (see "**Substituting Beneficiaries**"), you will not owe federal or New York State income tax. No withdrawals due to the death of a Beneficiary are includable in computing the New York taxable income of either the Account Owner or the Beneficiary.

2. **Disability of the Beneficiary.** If the Beneficiary becomes unable to engage in any substantial gainful activity by reason of a medically determinable physical or mental impediment that can be expected to result in death or to be of long-continued or indefinite duration (a *Disability*), you may select a new Beneficiary, withdraw all or a portion of the Account balance, or authorize all or a portion of the Account balance to be withdrawn and paid to the Beneficiary. Any such withdrawal will not be subject to the Federal Penalty, but earnings will be subject to any applicable federal income tax at the recipient's tax rate. If you select a new Beneficiary who is a Member of the Family of the former Beneficiary (see "**Substituting Beneficiaries**"), you will not owe federal or New York State income tax, or the Federal Penalty. No withdrawals due to Disability of the Beneficiary are includable in computing the New York taxable income of either the Account Owner or the Beneficiary.

3. **Receipt of a Qualified Scholarship.** If the Beneficiary receives a Qualified Scholarship, you may select a new Beneficiary, withdraw from the Account up to the amount of the Qualified Scholarship, or authorize all or a portion of the amount to be withdrawn and paid to the Beneficiary without imposition of the Federal Penalty, but earnings will be subject to any applicable federal income tax at the recipient's tax rate. If you select a new Beneficiary who is a Member of the Family of the former Beneficiary (see "**Substituting Beneficiaries**"), you will not owe federal or New York State income tax. A "Qualified Scholarship" includes certain educational assistance allowances under federal law, as well as certain payments for educational expenses that are exempt from federal income tax, or the Federal Penalty. You should consult a qualified educational or tax advisor to determine whether a particular payment or benefit constitutes a Qualified Scholarship. The entire amount of a withdrawal on account of a Qualified Scholarship is includable in computing the New York taxable income of the Account Owner (other than the portion of any such withdrawal that was not previously deductible for New York personal income tax purposes).

4. **Attendance at a Military Academy.** If the Beneficiary attends the United States Military Academy, the United States Naval Academy, the United States Air Force Academy, the United States Coast Guard Academy, or the United States Merchant Marine Academy (U.S. Military Academy), you may select a new Beneficiary, withdraw from the Account up to the costs of advanced education at the U.S. Military Academy, or authorize all or a portion of the amount to be withdrawn and paid to the Beneficiary without imposition of the Federal Penalty, but earnings will be subject to any applicable federal income tax at the recipient's tax rate. If you select a new Beneficiary who is a Member of the Family of the former Beneficiary (see "**Substituting Beneficiaries**") you will not owe federal or New York State income tax. The entire amount of a withdrawal on account of attendance at a U.S. Military Academy is includable in computing the New York taxable income of the Account Owner (other than the portion of any withdrawal that was not previously deductible for New York personal income tax purposes).

### Transfers between *Direct Plan* and *Advisor-Guided Plan* Accounts

A direct transfer of assets between Program accounts for the same Beneficiary is considered an Investment Exchange (and not a Federal or New York Non-Qualified Withdrawal) for federal and state tax purposes, subject to the twice-per-calendar year limitation on Investment Exchanges. (See "**Transfer within New York Program for Same Beneficiary.**")

### Transfer to Another Account within New York Program

If you transfer assets within the Program from an Account to an Account for the benefit of another Beneficiary, and if the new Beneficiary is a Member of the Family of the prior Beneficiary, then the transfer will be treated as a nontaxable Rollover of assets for federal and New York income tax purposes. Such a transfer will be permitted only to the extent that the aggregate balance of all Accounts for the benefit of the new Beneficiary, including such transfer, would not exceed the Maximum Account Balance.

### Rollovers to a Non-New York 529 Plan

You may roll over all or part of the balance of your Program Account to a Non-New York 529 Plan without incurring any federal income taxes or penalty if: (i) the rollover is to an account for the same Beneficiary (provided that the rollover does not occur within 12 months from the date of a previous transfer to any Qualified Tuition Program for the benefit of the Beneficiary) or to an account for a Member of the Family of that Beneficiary; and (ii) the rollover is completed within 60 days of withdrawal. **For New York state taxpayers, the rollover, however, would be subject to New York State taxes on earnings, as well as the recapture of previous New York tax deductions taken for contributions to the Account.**

### Room and Board Expenses

Room and board expenses may be treated as Qualified Higher Education Expenses only if the Beneficiary is enrolled at least half-time. Half-time is defined as half of a full-time academic workload for the course of study the Beneficiary pursues, based on the standard at the institution where he or she is enrolled, as long as the standard is no less than the federal Department of Education student financial aid requirement. A Beneficiary need not be enrolled at least half-time to use a New York Qualified Withdrawal to pay for Qualified Higher Education Expenses for tuition, fees, books, supplies, equipment, eligible computer-related expenses, and special-needs services.

Room and board expenses that may be treated as Qualified Higher Education Expenses generally will be limited to the room and board allowance calculated by the Eligible Educational Institution in its "cost of attendance" for purposes of determining eligibility for federal education assistance for that year. For students living in housing owned or operated by the Eligible Educational Institution, if the actual amount charged for room and board is higher than the cost of attendance figure, then the actual amount may be treated as Qualified Higher Education Expenses.

### Unused Account Assets

If assets remain in an Account after the Beneficiary has determined not to complete or has completed his or her education, you as the Account Owner may exercise one or more of the following:

1. You can keep all or a portion of the remaining assets in the Account to pay future Qualified Higher Education Expenses, such as graduate or professional school expenses of the existing Beneficiary.

2. You can change the Beneficiary to a Member of the Family.

3. You can withdraw all or a portion of the remaining assets.

The first two options will not result in federal and New York State income tax liability, unless the distribution is used to pay K-12 Tuition Expenses. In that case, for New York taxpayers, the earnings and the portion of the distribution attributable to contributions for which a New York State tax deduction was previously taken will be subject to New York personal income tax and the withdrawal requires the recapture of any New York State tax benefits that have accrued on contributions.

The third option is a Federal and New York Non-Qualified Withdrawal subject to applicable New York State and federal income tax, including the Federal Penalty. You should consult with a qualified tax advisor. See **"Section 5. Important Tax Information."**

Under certain circumstances, if, for a period of at least three years after your Beneficiary attains the age of 18 years, there has been no activity in your Account and attempts to reach you at the contact address provided are unsuccessful, your Account may be considered abandoned. Abandoned Accounts may be liquidated and reported to the New York State Comptroller's Office of Unclaimed Funds.

### Records Retention

Under current federal and New York State tax law, you and the Beneficiary are responsible for obtaining and retaining records, invoices, or other documents and information that are adequate to substantiate: (i) particular expenses which you claim to be Qualified Higher Education Expenses or K-12 Tuition Expenses; (ii) the death or Disability of a Beneficiary, or the receipt by a Beneficiary of a Qualified Scholarship; (iii) the earnings component of and compliance with the timing requirements applicable to Qualified Rollovers; (iv) the earnings component of contributions funded from Qualified Savings Bonds or education savings accounts; and (iii) Refunded Contributions. We have no responsibility to provide, or to assist you in obtaining, the documentation.

### ABLE Rollover Distribution

You may rollover all or part of the balance of your *Advisor-Guided Plan* Account to a Qualified ABLE Program account within 60 days of withdrawal without incurring any federal income tax or the Federal Penalty if:

1. The rollover is to an account for the same Beneficiary; or

2. The rollover is for a new beneficiary who is a Member of the Family of the prior Beneficiary.

Any distribution must be made before January 1, 2026 and cannot exceed the annual contribution limit prescribed by Section 529A (b)(2)(B)(i) of the Code. In addition, this type of distribution may be subject to state taxes and/or penalties. For a discussion of the New York State tax impact on an ABLE Rollover Distribution, see **Section 5.—Important Tax Information**.